IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BRENDA WINT, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| THE NEUROSURGICAL GROUP OF CHATTANOOGA, P.C. | FILE NO. 4:11-CV-0185-HLM |
| Defendant. | |

## CONSENT ORDER GRANTING CONSENT MOTION TO REMOVE CASE FROM PRETRIAL CALENDAR

Upon Motion of the parties, and for good cause shown, it is hereby ORDERED that this case be removed from the Pretrial Calendar. The parties shall not be required to submit a Proposed Pretrial Order until further Order of this Court.

So ORDERED this 15 day of February, 2013.

Harold Murphy, Judge
United States District Court