IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BRENDA WINT,<br><br>　　　Plaintiff,<br>v.<br><br>THE NEUROSURGICAL GROUP<br>OF CHATTANOOGA, P.C.<br><br>　　　Defendant. | CIVIL ACTION<br>FILE NO. 4:11-CV-0185-HLM |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Brenda Wint, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-styled civil action with prejudice, with each party to pay their own respective attorney's fees and costs and Defendants so stipulate.

This 19th day of April, 2013.

By: /s/William F. Jourdain
William F. Jourdain
Georgia Bar No. 405465

By: /s/ Jonathan L. Bledsoe
Jonathan L. Bledsoe
Georgia Bar No. 063143

By: /s/ Savannah B. Moore
Savannah B. Moore
Georgia Bar No. 796474

By: /s/ Lyle Griffin Warshauer
Lyle Griffin Warshauer
Georgia Bar No.: 171941
lgw@warlawgroup.com

By: /s/ Douglas C. Dumont
Douglas C. Dumont
Georgia Bar No.: 232680
dcd@warlawgroup.com

| | |
|---|---|
| Attorneys for Defendant, The Neurosurgical Group of Chattanooga, P.C.<br><br>Minor, Bell & Neal, P.C.<br>745 College Drive, Suite B<br>P.O. Box 2586<br>Dalton, GA  30722-2586<br>Telephone:  (706) 259-2586<br>Facsimile:   (706) 278-3569 | Attorneys for Plaintiff, Brenda Wint<br><br>Warshauer Law Group, P.C.<br>3350 Riverwood Parkway, Suite 2000<br>Atlanta, GA  30339<br>Telephone:  (404) 892-4900<br>Facsimile:   (404) 892-1020 |